**Opinion issued September 25, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00307-CV

————————————

**WOLFGANG P. HIRCZY DE MINO, PH.D., Appellant**

**V.**

**STAR OPERATIONS., INC., LANA L. LEWIS, AND VICTOR C. HUFF, JR., Appellees**

On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Case No. 2017-30978

## MEMORANDUM OPINION

Appellant, Wolfgang P. Hirczy de Mino, Ph.D., has neither established indigence, nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due

to appellant's fault). After being notified that this appeal was subject to dismissal, appellant responded that he had not been quoted a price. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal). However, the district clerk has advised this court that appellant has been notified and has not paid or made arrangements to pay for the clerk's record.

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.